No. 78–994. ALTBAUM v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–995. ALTBAUM v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 78–1000. BLAKENEY ET AL. v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1003. YOFFE v. KELLER INDUSTRIES, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–1009. ECONOMY CARPETS MANUFACTURERS & DISTRIBUTORS, INC. v. BETTER BUSINESS BUREAU OF BATON ROUGE AREA, INC., ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 78–1011. BOYCE v. BONDED ADJUSTMENT ASSOCIATES, INC. Ct. Sp. App. Md. Certiorari denied.

No. 78–1012. NEWPORT NEWS SHIPBUILDING & DRY DOCK Co. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, U. S. DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 78–1016. GREENBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1020. ROESCH v. ROESCH. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 78–1021. ALFANO v. ILLINOIS JUDICIAL INQUIRY BOARD ET AL. Sup. Ct. Ill. Certiorari denied.

No. 78–1023. McMILLON v. RONEY. C. A. 7th Cir. Certiorari denied.